# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 25, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156636 & (26)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

TIMOTHY LEE GRAY,
     Defendant-Appellant.

SC: 156636
COA: 337645
Berrien CC: 2016-015358-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 11, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 25, 2017



Clerk

s1024